UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRAN BROWN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:06-cv-685-SEB-VSS |
| ) | |
| SUPERINTENDENT, Pendleton ) | |
| Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 10/19/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Iran Brown, DOC #127329, Pendleton Correctional Facility, P.O. Box 30, Pendleton, IN 46064

James Blaine Martin, INDIANA STATE ATTORNEY GENERAL, jmartin@atg.state.in.us